UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
G&G CLOSED CIRCUIT EVENTS, LLC,
                    Plaintiff,

                20 **CIVIL** 5073 (NRB)

        -against-                **DEFAULT JUDGMENT**

DELVIS BATISTA, individually and d/b/a Bar
180; and HUDSON HEIGHTS BAR & GRILL
CORPORATION, an unknown business entity
d/b/a Bar 180,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum and Order dated January 28, 2021, Plaintiff's motion for default judgment is granted and plaintiff is awarded damages in the sum of $10,000.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961. The Court has also awarded costs and fees in the amount of $2,140.00.

**DATED**: New York, New York

       January 29, 2021

                                **RUBY J. KRAJICK**
                                  Clerk of Court

                       BY: _____
                               Deputy Clerk